EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br>Francisco Toro González | 2016 TSPR 71<br><br>195 DPR \_\_\_\_ |

Número del Caso: TS-6,385

Fecha: 20 de abril de 2016

Oficina de Inspección de Notarías:

      Lcdo. Manuel E. Ávila De Jesús

Abogado del Peticionario:

      Lcdo. David Torres Vélez

Materia: Readmisión al Ejercicio de la Notaría

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

Francisco Toro González          **Núm.** TS-6,385

RESOLUCIÓN

San Juan, Puerto Rico, a 20 de abril de 2016

Evaluada la *Solicitud de Readmisión del Licenciado Francisco Toro González al Ejercicio de la Notaría* presentada por el abogado del licenciado Toro, Lcdo. David Torres Vélez, se provee ha lugar.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo